No. 98–552. ARMSTRONG ET AL. *v.* MARTIN MARIETTA CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–553. TAIWAN SHIN YEH ENTERPRISE CO., LTD. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO (PACIFIC EMPLOYERS INSURANCE CO., REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–555. HINES *v.* BALTIMORE GAS & ELECTRIC CO. C. A. 4th Cir. Certiorari denied.

No. 98–565. EVERFRESH BEVERAGES, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–573. BRANDT *v.* ORTHOPEDICS CONSULTANTS OF WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–580. BLACKMAN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–587. WOOD *v.* RENDELL, MAYOR OF THE CITY OF PHILADELPHIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–588. IN RE SMITH. C. A. 10th Cir. Certiorari denied.

No. 98–589. COOK ET AL. *v.* HERMAN, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied.

No. 98–590. McMULLAN ET UX. *v.* NATIONAL BANK OF COMMERCE. C. A. 8th Cir. Certiorari denied.

No. 98–610. CHAMBERS ET AL. *v.* VAN HORN. Sup. Ct. Tex. Certiorari denied.

No. 98–612. McCOWN *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 98–634. BENSCH ET AL. *v.* MATTOS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–637. SHIVES *v.* CSX TRANSPORTATION, INC. C. A. 4th Cir. Certiorari denied.